UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FREDDIE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   3:19-cv-926 |
| | ) | |
| WIESE USA INC. and | ) | St. Clair County (IL) No. 2019-L-516 |
| ROBERT MCGUIRE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW defendant Wiese USA, Inc. and defendant Robert McGuire, by and through their undersigned attorneys, pursuant to 28 U.S.C. § 1441 and § 1446, and file their Notice of Removal of the above-entitled action in the United States District Court for the Southern District of Illinois, and for grounds hereof, respectfully state:

1. The above-captioned action, now pending in the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, is a civil action by plaintiff Freddie Reynolds.

2. The present action is a civil action of which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and the action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and § 1446.

Case No.: 3:19-cv-926
Page 1 of 4

3. Plaintiff Freddie Reynolds, as the Special Administrator of the Estate of Sammie Reynolds, has brought the above-captioned action against the defendants in her representative capacity.

4. Decedent Sammie Reynolds was a citizen of the State of Illinois.

5. Defendant Wiese USA Inc. is a corporation organized and existing under the laws of the State of Missouri, and has its principal place of business in the State of Missouri, and thus is a citizen of the State of Missouri.

6. Robert McGuire is a citizen of the State of Missouri.

7. Therefore, there is complete diversity of citizenship between plaintiff and defendants.

8. Defendants reasonably believe that the damages sought by plaintiff are in excess of Seventy-Five Thousand Dollars ($75,000.00) and, therefore, the matter and amount in controversy in said action, exclusive of interest and costs, exceeds the sum or value of Seventy Five Thousand Dollars ($75,000.00).

9. With regard to the issue of the amount in controversy, defendants direct the Court to the following facts: (1) The Complaint reflects that plaintiff is seeking in excess of $50,000; (2) This is a wrongful death action; and (3) Plaintiff seeks damages for "funeral and other expenses" and for the loss of decedent's "services, companionship, comfort, society, counsel and support."

10. Defendant Wiese USA Inc. was served with plaintiff's Complaint on August 5, 2019, and defendant Robert McGuire was served on August 2, 2019.

11. Therefore, defendant's Notice of Removal is timely and in accordance with the requirements of 28 U.S.C. § 1446(b), as defendants have filed their Notice of Removal within thirty (30) days of service.

12. This matter is not an action described in 28 U.S.C. § 1445.

13. Venue is proper in the United States District Court for the Southern District of Illinois.

14. Copies of all pleadings filed in this matter thus far in St. Clair County are attached hereto as Exhibit 1.

WHEREFORE, defendant Wiese USA Inc. and defendant Robert McGuire respectfully request that this Court accept jurisdiction of said action and for such other and further relief as the Court deems appropriate.

/s/ Denise Baker-Seal
Denise Baker-Seal, #6255589
BROWN & JAMES, P.C.
Attorneys for Defendants
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
618/235-5590; 618/235-5591 (Fax)
dseal@bjpc.com; dowens@bjpc.com

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 22nd day of August, 2019, electronically filed this document with the United States District Court, Southern District of Illinois, which will send electronic notification to each of the following:

Mr. Shaun M. Falvey
Goldblatt & Singer, P.C.
8182 Maryland Avenue, Suite 801
St. Louis, MO 63105
sfalvey@stlinjurylaw.com

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Denise Baker-Seal

21340290.1