UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDIE REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.: 3:19-cv-00926–SMY |
| | ) |
| WIESE USA INC. and | ) |
| ROBERT MCGUIRE, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO FILE EXHIBITS TO MOTION TO APPROVE
WRONGFUL DEATH SETTLEMENT UNDER SEAL**

COMES NOW plaintiff Freddie Reynolds, and defendants Wiese USA Inc. and Robert McGuire, and hereby move this Court for Leave to File Two Exhibits to the Joint Motion to Approve Wrongful Death Settlement Under Seal.

1.  Plaintiff is the duly appointed and qualified special administrator for the Estate of Sammie Reynolds. Plaintiff filed this cause of action against Wiese USA Inc. and Robert McGuire arising out of an accident that occurred on December 21, 2018.

2.  The parties have reached a Settlement Agreement that resolves all claims, subject to Court approval. The settlement is confidential, and the confidentiality agreement is a material term of the settlement. The parties seek leave of the Court to present the settlement details to the Court under seal or in camera. The Settlement

Agreement and Release is Exhibit 1 and the Statement of Apportionment of Proceeds is Exhibit 2.

WHEREFORE, plaintiff and defendants pray that an order be entered allowing the parties to file the Settlement Agreement (Exhibit 1) and Statement of Apportionment of Proceeds (Exhibit 2) **under seal** and for such other relief as the Court deems appropriate.

| | |
|---|---|
| /s/Shaun M. Falvey  (w/consent) | /s/ Denise Baker-Seal |
| Mr. Shaun M. Falvey | Denise Baker-Seal, #6255589 |
| Goldblatt & Singer, P.C. | BROWN & JAMES, P.C. |
| Attorney for Plaintiff | Attorneys for Defendants |
| 8182 Maryland Avenue, Suite 801 | Richland Plaza I, 525 W. Main St., Ste. 200 |
| St. Louis, MO 63105 | Belleville, Illinois  62220-1547 |
| 314-231-4100 | 618/235-5590; 618/235-5591 (Fax) |
| sfalvey@stlinjurylaw.com | dseal@bjpc.com; dowens@bjpc.com |